UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **PATRICK A. LINGO**, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:06-CV-1392 CAS |
| **STEVE M. BURLE, et al.**, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Defendant Frederick Stith, by and through counsel, Chris Koster, Attorney General of Missouri, and Rex Fennessey, Assistant Attorney General, and, pursuant to E.D.Mo. L.R. 7-4.01(D) moves for leave to exceed the page limitation of E.D.Mo.L.R. 7-4.01(D) in filing their Memorandum in Support of Defendant Stith's Objections and Response to Plaintiff's Motion for Attorney's Fees and Costs:

1. Defendants seek leave to file their Memorandum in Support of Defendant Stith's Objections and Response to Plaintiff's Motion for Attorney's Fees and Costs. This document is 33 pages in length, excluding signature page.

2. Under E.D.Mo. L.R. 7-4.01(D), leave of court is required for filing any memorandum that exceeds fifteen pages in length.

3. This extension is needed in light of the scope of Plaintiff Motion for Attorneys Fees and Costs, which seeks $115,536.00 in attorney and paralegal fees and $3,160.65 in costs and expenses, and the fact that Defendant has only one opportunity to respond to Plaintiff's Motion for substantial monetary relief.

4.	Defendants request leave in good faith, not for an improper purpose, and no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants respectfully request that leave be granted to exceed the fifteen page limitation of E.D.Mo.L.R. 7-4.01(D) by filing its thirty-three page Memorandum in Support of Defendants' Motion to Dismiss, exclusive of signature page, and for such other and further relief as the Court may deem just and appropriate.

                  Respectfully submitted,

                  CHRIS KOSTER
                  Attorney General

                  */s/Denise L. Thomas*
                  DENISE L. THOMAS
                  Assistant Attorney General
                  P.O. Box 861
                  St. Louis, MO 63188
                  (314) 340-7861 telephone
                  (314) 340-7029 facsimile

                  */s/Rex P. Fennessey*
                  REX P. FENNESSEY
                  Federal Bar No. 5211615
                  Assistant Attorney General
                  Missouri Attorney General's Office
                  P.O. Box 861
                  St. Louis, Missouri  63188
                  (314) 340-7861 Telephone
                  (314) 340-7029 Facsimile
                  Rex.fennessey@ago.mo.gov

                  *Attorneys for Defendant Frederick Stith*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system this 29th day of January 2009, to:

>Anthony M. Pezzani
>Engelmeyer & Pezzani, LLC
>13321 N. Outer Forty Road,
>Suite 300
>Chesterfield, MO 63017
>*Attorney for Plaintiff*
>
>Terrance J. Good
>Andrew G. Toennies
>Lashly & Baer, PC
>714 Locust Street
>St. Louis, MO 63101-1669
>*Attorneys for Defendants SLC Holdings, LLC, Joseph Walsh, and Steve M. Burle, James Welby, and Reggie Lawson*

>>*/s/Rex P. Fennessey*
>>Assistant Attorney General